The People of the State of New York, Respondent, 
against
Shakiya Roeback, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Judy Kim, J.), rendered July 6, 2017, convicting her, upon her plea of guilty, of assault in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Judy Kim, J.), rendered July 6, 2017, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of third-degree assault (see Penal Law § 120.00[1]). The instrument alleges that on a specified date and time, co-defendant Huggins hit the victim with a closed fist and kicked her in the head, "while the defendant ... struck [the victim] in the back of the head with a hammer," causing "bruising, scratches and swelling" on her "face and neck." These allegations were sufficient for pleading purposes to establish that defendant, while acting in concert with another person (see Penal Law § 20.00; Matter of Angel C., 93 AD3d 602, 603 [2012]), caused "physical injury" to the victim, i.e., "substantial pain" (Penal Law § 10.00[9]; see People v Henderson, 92 NY2d 677, 680 [1999]; People v Mercado, 94 AD3d 502 [2012], lv denied 19 NY3d 999 [2012]; People v Lang, 81 AD3d 538 [2011], lv denied 16 NY3d 896 [2011]), a term which simply means "more than slight or trivial pain" (People v Chiddick, 8 NY3d 445, 447 [2007]). THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 14, 2019